# No. 20-50597

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

Tiffany Rene Sutton,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Western District of Texas

### APPELLEE'S UNOPPOSED MOTION FOR LEAVE
### TO FILE BRIEF OUT OF TIME,
### AND FOR EXTENSION OF BRIEFING DEADLINE

The United States Attorney for the Western District of Texas respectfully moves this Court to grant the United States leave to file its Appellee's brief out-of-time. We also ask that we be granted an extension to November 27, 2020, in which to file our brief. As grounds for this request, the United States would respectfully show the Court as follows.

Appellant Tiffany Sutton filed her brief on October 7, 2020, resulting in a deadline of November 6, for filing the Government's responsive brief. Due to an administrative error, we inadvertently missed calendaring our due date, and did not file a timely response. We are now acting to rectify our error.

Appellant was convicted of conspiracy to distribute fifty grams or more of methamphetamine and possession with intent to distribute five grams or more of methamphetamine. She was sentenced to 168 months' imprisonment. On appeal, Appellant asserts the district court reversibly erred in failing to assess the scope of Sutton's criminal activity and the drug quantity attributable to her. Appellant also argues the court erred in assessing weapon enhancement charges against her.

The undersigned counsel will assume responsibility for preparing our responsive brief. In addition to our request to file an out-of-time brief, and due to my conflicted schedule, the United States also respectfully requests that the Court grant it an extension to November 27, 2020. I am currently preparing briefs for the following matters before the Court: 20-50398 *United States v. Jan Abraham Nel*; 20-50732 *United States v. Karen Ann Wilson*; 20-50627 *United States v. Rosalio Barraza-Soto*; 20-

50603 *United States v. Francisco Bermudez-Chavez*; 20-50550 *United States v. Jason Michael Chavez*; and 20-50559 *United States v. Destynii Hines*. This extension is not sought for the purposes of delay, but rather to provide this Court with a brief which thoroughly and accurately addresses the issue raised by Appellant.

The Government has communicated with Appellant's counsel, John Kuchera, who has indicated that he is not opposed to this out-of-time extension request.

                                       Respectfully submitted,

                                       Gregg N. Sofer
                                       United States Attorney

                                       By:   */s/ Joseph H. Gay, Jr.*
                                       Joseph H. Gay, Jr.
                                       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020, I filed this document with the Fifth Circuit Court of Appeals using the CM/ECF filing system, which will cause a copy of the document to be electronically delivered to John Kuchera, Attorney for Appellant.

*/s/ Joseph H. Gay, Jr.*
Joseph H. Gay, Jr.
Assistant United States Attorney

**Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements, and Type Style Requirements**

I hereby certify,

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 345 words and is less than 20 pages in length.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook.

*/s/ Joseph H. Gay, Jr.*
Joseph H. Gay, Jr.
Assistant United States Attorney
